## McCLELLAND v. WITHERALL.

No. 1211.   Opinion Filed November 18, 1911.

(119 Pac. 205.)

**APPEAL AND ERROR** — Dismissal — Failure to File Briefs.  Where plaintiff in error files no brief, as required by rule 7 of this court (20 Okla viii, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Rosser, C.)

*Error from District Court, Cherokee County; James I. Coursey, Special Judge.*

Action by Daisy McClelland against R. A. Witherall.  Judgment for defendant, and plaintiff brings error.  Dismissed.

*Bruce L. Keenan,* for plaintiff in error.

*Soper, Huckleberry & Owen,* for defendant in error.

Opinion by ROSSER, C.   The petition in error and transcript of the record was filed in this court November 11, A. D. 1909.   The plaintiff in error has failed to file any brief in the case.   The petition in error should therefore be dismissed, for want of prosecution.   *Hass v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200, and cases there cited; *Bender v. Bender et al., infra,* 119 Pac. 205; *Cox v. Rogers, infra,* 119 Pac. 205.

By the Court:   It is so ordered.

All the Justices concur.